IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BOBBIE TORRY,

    Petitioner,

v.

    Case No. 18-cv-962-bbc

RANDALL HEPP,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition for a writ of habeas corpus under 28 U.S.C. § 2254 filed by Bobbie Torry with prejudice.

| /s/ | 2/4/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |