IN THE WESTERN DISTRICT COURT OF WISCONSIN

BOBBIE TORRY,

    PETITIONER

V.

RANDALL HEPP,

    RESPONDENT

CASE NO: 18-CV-962-bbc

## NOTICE OF APPEAL

**Notice** is hereby given that the Petitioner <u>Bobbie Torry,</u> **appeals** to the United States Court of Appeals for the 7th. Circuit from the District Court's denial of a Writ of Habeas Corpus On February 4, 2019. And, the denial of a Certificate of Appealability on February 4, 2019 aswell.

Date this 5th Day of February 2019

Bobbie Torry ç324593

Foxlake Correctional Institution

P.O. BOX 200

Fox Lake, WI 53933

(I)

Case No. 18-CV-962-bbc

TO, __Clerk__,

Please find enclosed the following for filing.

1. Notice of Appeals.

Futhermore, Clerk, please send me the following items.

1. A copy of (Docket Statement) of everything that was filed in this case.

2. And any other documents that is needed for this appeal for the Seventh Circuit Court of Appeal.

Date this __5th__ Day of February 2019.

*[signature]*

BOBBIE TORRY *324593

Foxlake Correctional Instutional

P.O. BOX 200

Fox Lake, WI 53933

Bobbie Torry #324593
Fox Lake Correctional Institution
P.O. box 200
Fox Lake, WI 53933

MILWAUKEE WI 530
06 FEB 2019 PM 3
FOREVER USA
Barn Swallow

Clerk,
United States District Court
Western District of Wisconsin
120 North Henry Street, Room 320
Madison, WI 53703

324593

53703-430499